# United States District Court
# For The Western District of North Carolina
# Statesville Division

George Cunningham-El,

    Petitioner,                                 JUDGMENT IN A CIVIL CASE

vs.                                                   5:10CV194

Keith Whitener, Administrator,
Alexander Correctional Institution,

    Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2012 Order.

                                                Signed: January 18, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court